FILED IN OPEN COURT
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

OCT 1 7 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

#3

DIVISION __Atlanta__
(USAO 2010R00698)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN UNITED STATES DISTRICT COURT**

1:12-CR-350

COUNTY NAME: __Gwinnett__

DISTRICT COURT NO. _____

MAGISTRATE CASE NO. _____

_X_ Indictment        ___ Information        ___ Magistrate's Complaint

DATE: 10-17-12        DATE:                  DATE:

| UNITED STATES OF AMERICA vs. JENNIFER CHEN | SUPERSEDING Prior Case No. & Date Filed |
|---|---|

VIOLATION:

COUNTS CHARGED:          TOTAL COUNTS:
(as to deft)             (as to deft)
GREATER OFFENSE CHARGED:
_x_ Felony    ___ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. _X_ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. ___ Fugitive.
3. ___ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding ___ Yes ___ No
   Date: _____        Issued by: _____

IS IN CUSTODY:

4. ___ On this charge.
5. ___ On another conviction.
6. ___ Awaiting trial on other charges ___ Yes ___ No
   ___ Federal   ___ State
   If Yes, show name of institution _____
   Has detainer been filed ___ Yes        ___ No
   If Yes, give date _____

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE:
JUDGE:
A.U.S.A.:  Brian Pearce
DEFT'S ATTY:

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

BY: __Brian Pearce__
Assistant United States Attorney

DATE: __10-17-12__