U.S. Department of Justice
United States Attorney
Northern District of Georgia

FILED IN OPEN COURT
U.S.D.C. - Atlanta

## United States District Court
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

OCT 17 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

United States

v.

JENNIFER CHEN

**Agent to Arrest**

No. 12-CR-350

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

_____
Brian M. Pearce
Assistant United States Attorney

Filed In Clerk's Office, this _____

of _____, 20_____

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHALL
10/18/12
BY: _____
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94