# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:12-cr-00350-SCJ-AJB
### USA v. Apego, Inc. et al
### Honorable Alan J. Baverman

Minute Sheet for proceedings held In Open Court on 03/12/2013.

TIME COURT COMMENCED: 10:39 A.M.
TIME COURT CONCLUDED: 11:16 A.M.          TAPE NUMBER: FTR
TIME IN COURT: 00:37                      DEPUTY CLERK: Lisa Enix
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [3]Jennifer Chen Present at proceedings |
| ATTORNEY(S) PRESENT: | Daniel Gavrin representing Jennifer Chen<br>Douglas Gilfillan representing USA<br>Christopher Huber representing USA<br>Stephen Mackie representing Jennifer Chen |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| PRETRIAL CONFERENCE INFO: | Rule 16(PTO ¶¶ II.B./IV.A.-Defendant) Provided. Discovery still outstanding vendor documents. The Government will file a consent protective order by the end of business today.<br>Rule 12(b)(4) (PTO ¶¶ II.B./IV.B.-Defendant) Requested and None.<br>Rule 404(b)(PTO ¶IV.C.-Defendant) Requested. The Court will set deadline for 404(b) notice at next pretrial conference on 6/17/13 at 10:00 a.m.<br>Expert Witness-Defendant Requested and to be discussed at next status conference on 6/17/13.<br>Rule 16(PTO ¶¶ II.B./IV.P.-Government) Requested and Ordered disclosed 21 days before trial. |
| MINUTE TEXT: | Defendant's oral motion for additional time to file pretrial motions, GRANTED. The Defendant has until June 12, 2013, to file pretrial motions. The Court has Directed the parties to file briefs on the attorney client issues on or before May 20, 2013. A second pretrial conference shall be held on June 17, 2013 at 10:00 a.m. Jencks Act Statements Requested and Ordered. |
| EXCLUDABLE DELAY: | The parties shall have until 06/12/2013 to file any additional motions. This extension is necessary for effective preparation. The delay occasioned by this extension shall be considered a period of excludable delay pursuant to 18 U.S.C.§3161(h)(7)(A) because the court found it needed to allow |

reasonable time for preparation and also found that the ends of justice
served thereby outweigh the interests of the public and the defendant in a
speedy trial.