## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL INDICTMENT** |
| v. | : | **NO. 1:12-CR-350-SCJ-AJB** |
| | : | |
| **JENNIFER CHEN,** | : | |
| **Defendant.** | : | |

## RESCHEDULING AND EXCLUDABLE DELAY ORDER

Government has filed an consent motion for continuance of the second pretrial conference, previously scheduled for June 17, 2013, and to extend the deadline for filing motions, on the grounds that discovery in this case is both voluminous and parts of it is in Chinese, which requires the discovery to be translated. [Doc. 47]. The Defendant has no objection to this continuance. As a result, the motion for continuance is **GRANTED**. Defendant shall file her pretrial motions on or before July 19, 2013, and the second pretrial conference shall be re-scheduled for **July 23, 2013, at 11:00 a.m.**, in Courtroom 1879, 18th Floor, United States Courthouse, 75 Spring Street, S.W. Atlanta, Georgia.

The Court finds that the government's need to complete production of Rule 16 discovery, and defense counsel's need to review the discovery prior to filing motions and attending the pretrial conference, constitute good cause for the continuance,

AO 72A
(Rev.8/82)

because those tasks cannot be accomplished in the times previously provided despite counsel's diligence. As a result, the interests of justice outweigh Defendant and the public's rights to a speedy trial. Accordingly, the Clerk is **DIRECTED** to exclude any additional time pursuant to 18 U.S.C. § 3161, *et seq.*

**IT IS SO ORDERED and DIRECTED**, this 7th day of June, 2013.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

2

AO 72A
(Rev.8/82)