# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| APEGO, INC, | |
| CHI-CHENG GUNG, | |
| JENNIFER CHEN, | |
| FROMUS PSYCHE INTERNATIONAL, INC., | Criminal Indictment No: |
| ZUORU HE, | 1 12-CR-350 |
| WATANABE PAPER PRODUCT CO (SHANGHAI), LTD., | |
| WATANABE PAPER PRODUCT CO (LINQING), LTD., and | |
| HOTROCK STATIONERY (SHENZEN) CO. | |
| *Defendants* | |

## CONSENT ORDER REGARDING MODIFICATION OF PRETRIAL RELEASE FOR DEFENDANT JENNIFER CHEN

The matter having been brought before this court by Defendant **JENNIFER CHEN**, and **THE UNITED STATES** having consented to Defendant Chen's request, by and through their respective undersigned counsel, **IT IS HEREBY ORDERED** that the conditions of pre-trial release for Defendant Chen shall be modified as follows:

### 1.

Defendant Chen shall be permitted to transport her minor child to the campus of Western Carolina University in Cullowhee, North Carolina on or around July 21,

*1*

2013, and to transport her minor child back to Georgia on or around July 27, 2013, and

**2.**

Defendant Chen shall be permitted to stay overnight outside the State of Georgia for one night apiece on the July 21, 2013 and July 27, 2013 trips, and

**3.**

Defendant Chen shall provide the United States Probation Office for the Northern District of Georgia with the itinerary for the aforementioned trips and comply with all conditions thereto to be established by United States Probation Office for the Northern District of Georgia.

**IT IS SO ORDERED**, this ___9th___ day of July, 2013.

_____
Hon. Alan J. Baverman
Magistrate Judge
United States District Court
Northern District of Georgia

*Prepared and presented by:*

_____
Daniel E. Gavrin
Attorney for Defendant Jennifer Chen
Georgia Bar Number 288030

5 Concourse Pkwy, Suite 1425
Atlanta, Georgia 30328

(770) 408-1230
(866) 372-5586 FAX

danielgavrin@mindspring.com

*Consented to by:*

_____
Christopher Huber
Assistant United States Attorney
Northern District of Georgia
Georgia Bar No. 545627

75 Sprint Street
Atlanta, Georgia 30303

(404) 581-6292
(404) 581-6181 FAX

chris.huber@usdoj.gov

3