# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:12-cr-00350-SCJ-AJB
### USA v. Apego, Inc. et al
### Honorable Alan J. Baverman

Minute Sheet for proceedings held In Open Court on 9/27/13.

TIME COURT COMMENCED: 2:12 P.M.
TIME COURT CONCLUDED: 2:35 P.M.   TAPE NUMBER: FTR
TIME IN COURT: 00:23   DEPUTY CLERK: Lisa Enix
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [3]Jennifer Chen Present at proceedings |
| ATTORNEY(S) PRESENT: | John Garland representing Jennifer Chen<br>Douglas Gilfillan representing USA<br>Christopher Huber representing USA<br>Donald Samuel representing Jennifer Chen |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| PRETRIAL CONFERENCE INFO: | Rule 16(PTO ¶¶ II.B./IV.A.-Defendant) Provided |
| MOTIONS RULED ON: | DFT#3-[58]Motion to Dismiss Indictment, TAKEN UNDER ADVISEMENT. The Government's Response shall be due on 10/18/13 and the Defendant's Reply shall be due on 11/8/13.<br>DFT#3-[59]Motion to Take Deposition TAKEN UNDER ADVISEMENT. The Defendant shall have until 11/8/13 to perfect this motion.<br>DFT#3-[60]Motion for Disclosure TAKEN UNDER ADVISEMENT.<br>DFT#3-[63]Motion for Bill of Particulars TAKEN UNDER ADVISEMENT. The Government's Response shall be due on 10/18/13 and the Defendant'sReply shall be due on 11/8/13 |
| EXCLUDABLE DELAY: | The parties shall have until 11/8/13 to perfect any motions. This extension is necessary for effective preparation. The delay occasioned by this extension shall be considered a period of excludable delay pursuant to 18 U.S.C.§3161(h)(7)(A) because the court found it needed to allow reasonable time for preparation and also found that the ends of justice served thereby outweigh the interests of the public and the defendant in a speedy trial. |