IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>JENNIFER CHEN | Criminal Action No.<br><br>1:12-CR-350-SCJ-AJB |

PROPOSED ORDER EXTENDING FILING DATES

Pursuant to a Consent Motion, the Government has requested a one week extension of the filing deadlines currently set for October 18, 2013, and November 8, 2013 relating to the following motions.   For good cause shown,

IT IS ORDERED that, the Government shall have until October 25, 2013, to file a response to the Motion for Bill of Particulars and Motion to Dismiss the Indictment (Doc. 58 and 63), and the Defendant shall have until November 15, 2013, to file any reply.   Defendant shall have until November 15, 2013, to perfect her Motion to Take Rule 15 Depositions. (Doc. 59.)

IT IS FURTHER ORDERED that, the extended period of one week be excluded from the Speedy Trial Act because there is good cause for the extension, the extension is necessary for effective preparation, and the interests of justice in granting the extension outweigh the public's and the defendants' interests in a

speedy trial.  See 18 U.S.C. § 3161, et seq.

So ORDERED this _____ day of October, 2013.

                                                                  _____
                                                                  ALAN J. BAVERMAN
                                                                  UNITED STATES MAGISTRATE JUDGE

*/s/Douglas W. Gilfillan*
Presented by
Douglas W. Gilfillan, AUSA