IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | INDICTMENT NO. |
| | ) | 1:12-CR-350 |
| v. | ) | |
| | ) | |
| JENNIFER CHEN, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT MOTION FOR CONTINUANCE

Counsel for Defendant Jennifer Chen, moves the Court for a one business day extension to reply to the Government's Response In Opposition To Defendant's Motion To Dismiss Count One As Barred By The Statute Of Limitations and also file a Particularized Motion To Depose Unavailable Witnesses in this matter. Counsel for the government does not oppose this one day continuance.

Respectfully submitted, this 15th day of November, 2013.

GARLAND, SAMUEL & LOEB, P.C.

*/s/ John A. Garland*

_____
JOHN A. GARLAND
Ga. State Bar No. 141226

3151 Maple Drive, NE
Atlanta, Georgia  30305
404-262-2225
jag@gsllaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | INDICTMENT NO. |
| | ) | 1:12-CR-350 |
| v. | ) | |
| | ) | |
| JENNIFER CHEN, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2013, I electronically filed the above "Consent Motion for Continuance" with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys and parties of record.

_____
JOHN A. GARLAND
Ga. State Bar No. 141226

3151 Maple Drive, NE
Atlanta, Georgia  30305
404-262-2225
Fax 404-365-5041
jag@gsllaw.com